ORIGINAL

07 SEP 20 PM 3: 35

1    DAVID F. FAUSTMAN, State Bar No. 081862
     FOX ROTHSCHILD LLP
2    235 Pine Street, Suite 1500
     San Francisco, California 94104
3    Tel:    415-364-540
     Fax:  415-391-4436
4
     Attorneys for Defendant
5    MEDICIS PHARMACEUTICAL CORPORATION

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11   KIMBERLEA MCMANIGAL, an              Case No.
     individual, and ROES 1 through 50,
12                                        **DECLARATION OF LINDA M. HANKS IN
13                                        SUPPORT OF NOTICE OF REMOVAL**

              Plaintiffs,
14                                        Complaint filed:  July 23, 2007
         vs.
15
     MEDICIS PHARMACEUTICAL
16   CORPORATION, a Delaware
     corporation, ROBERT NEVIN, an
17   individual, and DOES 1 through 50,

18            Defendants.

19

20

21

22

23

24

25

26

27

28

FOX ROTHSCHILD LLP
235 PINE STREET
SUITE 1500
SAN FRANCISCO, CA 94104

WC1 13889v1 09/20/07         DECLARATION IN SUPPORT OF REMOVAL

# DECLARATION OF LINDA M. HANKS

I, LINDA HANKS, hereby declare and state as follows:

1.     I am employed by Medicis Pharmaceutical Corporation ("Medicis") as a Senior Attorney.  I make this declaration based on my personal knowledge and on information contained in Medicis's business records.  Those records are maintained by Medicis in the regular course of business.  If called and sworn as a witness, I could and would testify truthfully as to the matters stated herein.

2.     Medicis is a public corporation that develops and markets products used for the treatment of dermatological, aesthetic, and podiatric conditions.  It does business throughout the United States and Canada.  The company is incorporated in the State of Delaware.  Its executive headquarters are located in Scottsdale, Arizona.  The company's executives, officers, and myself are all located in Arizona.  All decisions regarding the company's administration, business strategy, and finances are made in Arizona.  The majority of Medicis employees are located in Arizona.

3.     Medicis currently has approximately 460 employees in the United States and Canada.  Currently, Medicis has employees in the following states: Alabama, Arizona, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Kansas, Kentucky, Louisiana, Massachusetts, Maryland, Michigan, Minnesota, Missouri, North Carolina, New Jersey, Nevada, New York, Ohio, Oklahoma, Oregon, Pennsylvania, South Carolina, Tennessee, Texas, Utah, Virginia and Washington, as well as in the Canadian provinces of Alberta, British Columbia, Ontario and Quebec.

4.     Of Medicis's 447 U.S. employees, 415 are employed by Medicis outside of California.  Two hundred and sixty-five are employed in the state of Arizona alone.  California employees make up approximately only 7.15% of Medicis's total workforce.

09/20/2007  14:45     602-667-4021                    MEDICIS                              PAGE  05/05

SEP-20-2007 THU 02:40 PM                              FAX NO.                              P. 04

5.     In California, Medicis employees work from their homes throughout the state. There are no Medicis facilities located in the state of California.

6.     Medicis's income derives from its sales of pharmaceutical drugs and devices with some revenue from out-licensed products.  Sales are distributed throughout the United States and Canada.

I hereby declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 20th day of February, 2007 at Scottsdale, Arizona.

LINDA M. HANKS

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California.  I am over the age of 18 years and not a party to this action; my business address is: 235 Pine Street, Suite 1500, San Francisco, California 94104.

On September 20, 2007, I served the foregoing **DECLARATION OF LINDA HANKS IN SUPPORT OF NOTICE OF REMOVAL** on the interested party in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

G. Whitney Leigh, Esq.
GONZALEZ & LEIGH LLP
Two Shaw Alley, Third Floor
San Francisco, California 94105

Juan Enrique Pearce, Esq.
PEARCE LAW OFFICES
530 Jackson Street, Second Floor
San Francisco, California 94113

[ X ]    **BY FIRST CLASS MAIL:** I caused said document to be deposited in a facility regularly maintained by the United States Postal Service on the same day, in a sealed envelope, with postage paid, addressed to the above listed persons on whom it is being served in San Francisco, California for collection and mailing on that date following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 20th day of September 2007 at San Francisco, California.

_____
Amie Morelli