1  DAVID F. FAUSTMAN, State Bar No. 081862
   FOX ROTHSCHILD LLP
2  235 Pine Street, Suite 1500
   San Francisco, California 94104
3  Tel:   415-364-540
   Fax: 415-391-4436
4
   Attorneys for Defendant
5  MEDICIS PHARMACEUTICAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEA MCMANIGAL, an individual, and ROES 1 through 50, <br><br> Plaintiffs, <br><br> vs. <br><br> MEDICIS PHARMACEUTICAL CORPORATION, a Delaware corporation, ROBERT NEVIN, an individual, and DOES 1 through 50, <br><br> Defendants. | Case No.  C 07  EMC <br><br> **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** <br><br> Complaint filed: July 23, 2007 |

Pursuant to Civil Local Rule 3-16, the undersigned counsel of record for Defendant MEDICIS PHARMACEUTICAL CORPORATION certifies that in addition to the parties to this action, the following party may have an interest in this case: Travelers Insurance Company.

Dated: September 20, 2007

FOX ROTHSCHILD LLP

By: _____
DAVID F. FAUSTMAN
Attorneys for Defendant
MEDICIS PHARMACEUTICAL CORPORATION

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action; my business address is: 235 Pine Street, Suite 1500, San Francisco, California 94104.

On September 20, 2007, I served the foregoing **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** on the interested party in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

G. Whitney Leigh, Esq.
GONZALEZ & LEIGH LLP
Two Shaw Alley, Third Floor
San Francisco, California 94105

Juan Enrique Pearce, Esq.
PEARCE LAW OFFICES
530 Jackson Street, Second Floor
San Francisco, California 94113

[ X ]   **BY FIRST CLASS MAIL:** I caused said document to be deposited in a facility regularly maintained by the United States Postal Service on the same day, in a sealed envelope, with postage paid, addressed to the above listed persons on whom it is being served in San Francisco, California for collection and mailing on that date following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 20th day of September 2007 at San Francisco, California.

_____
Amie Morelli