ORIGINAL

| | |
|---|---|
| 1 | DAVID F. FAUSTMAN, State Bar No. 081862 |
| 2 | FOX ROTHSCHILD LLP |
|   | 235 Pine Street, Suite 1500 |
| 3 | San Francisco, California 94104 |
|   | Tel: 415-365-5540 |
| 4 | Fax: 415-391-4436 |
| 5 | Attorneys for Defendant |
| 6 | MEDICIS PHARMACEUTICAL CORPORATION |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMC

| | |
|---|---|
| KIMBERLEA MCMANIGAL, an individual, and ROES 1 through 50, | Case No. |
| Plaintiffs, | **PROOF OF SERVICE OF NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |
| vs. | Complaint filed: July 23, 2007 |
| MEDICIS PHARMACEUTICAL CORPORATION, a Delaware corporation, ROBERT NEVIN, an individual, and DOES 1 through 50, | |
| Defendants. | |

FOX ROTHSCHILD LLP
235 PINE STREET
SUITE 1500
SAN FRANCISCO, CA 94104

WC1 13873v1 09/20/07

PROOF OF SERVICE

I, Amie Morelli, certify and declare as follows:

1. I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action; my business address is: 235 Pine Street, Suite 1500, San Francisco, California 94104.

2. On September 20, 2007, I served the **NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**, attached hereto as Exhibit A, on the interested party in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

G. Whitney Leigh, Esq.
GONZALEZ & LEIGH LLP
Two Shaw Alley, Third Floor
San Francisco, California 94105

Juan Enrique Pearce, Esq.
PEARCE LAW OFFICES
530 Jackson Street, Second Floor
San Francisco, California 94113

3. I caused said document to be deposited in a facility regularly maintained by the United States Postal Service on the same day, in a sealed envelope, with postage paid, addressed to the above listed persons on whom it is being served in San Francisco, California for collection and mailing on that date following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 20th day of September 2007 at San Francisco, California.

*Amie Morelli*
Amie Morelli

FOX ROTHSCHILD LLP
235 PINE STREET
SUITE 1500
SAN FRANCISCO, CA 94104

WC1 13873v1 09/20/07

2
PROOF OF SERVICE