UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kimberlea McManigal, et al.<br><br>Plaintiff(s),<br>v.<br>Medicis Pharmaceutical, et al.<br><br>Defendant(s). | No. C 07-04874 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 9-24-07        Signature _____

Counsel for Medicis Pharmaceutical Corp.
(Plaintiff, Defendant, or indicate "pro se")