1  G. WHITNEY LEIGH (SBN 153457)
   GONZALEZ & LEIGH LLP
2  Two Shaw Alley, Third Floor
   San Francisco, CA 94105
3  Telephone: (415) 512-2000
   Facsimile:  (415) 512-2001
4
   JUAN ENRIQUE PEARCE (SBN 236228)
5  PEARCE LAW OFFICES
   530 Jackson Street, Second Floor
6  San Francisco, CA 94133
   Telephone: (415) 434-9000
7  Facsimile:  (415) 434-9010

8  Attorneys for Plaintiff
   KIMBERLEA MCMANIGAL

9

10                IN THE UNITED STATES DISTRICT COURT

11               FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | KIMBERLEA MCMANIGAL, an individual, | CASE NO. C 07-04874 TEH
   | and ROES 1 through 50,
13 |                                     | **CERTIFICATE OF SERVICE RE**
   |              Plaintiff,             | **STANDING ORDER FOR THE**
14 |                                     | **HONORABLE THELTON E.**
   |   v.                                | **HENDERSON**
15 |
   | MEDICIS PHARMACEUTICAL
16 | CORPORATION, a Delaware corporation,
   | ROBERT NEVIN, an individual, and DOES 1
17 | through 50,
18 |              Defendants.

# CERTIFICATE OF SERVICE

I, the undersigned, hereby declare that I am a citizen of the United States, and I am employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Two Shaw Alley, Third Floor, San Francisco, California 94105.

On the date entered below, I served the foregoing document(s):

**STANDING ORDER FOR THE HONORBALE THELTON E. HENDERSON**

on the following parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| David Frederick Faustman, Esq. | Juan Enrique Pearce, Esq. |
| Fox Rothschild, LLP | Pearce Law Offices |
| 235 Pine Street, Suite 1500 | 530 Jackson Street, Second Floor |
| San Francisco, CA 94104-2734 | San Francisco, CA 94104-2734 |

[X]     [BY US MAIL, CCP § 1013a(3)] I caused the foregoing document(s) to be enclosed in a sealed envelope, with first class postage fully paid, for delivery as indicated herein. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing and know that, in the ordinary course of Gonzalez & Leigh's business practice, the document(s) described above would be deposited with the United States Postal Service on that same day at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed to be invalid if the postal cancellation date, or postage meter date, is more than one day after the date of deposit for mailing set forth in this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 30, 2007 at San Francisco, California.

_____
Lisa Rivers

- 1 -
CERTIFICATE OF SERVICE
CASE NO. C 07-04874 TEH