DAVID F. FAUSTMAN, State Bar No. 081862
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, California 94104
Tel: 415-364-5540
Fax: 415-391-4436
dfaustman@foxrothschild.com

Attorneys for Defendant
ROBERT NEVIN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEA MCMANIGAL, an individual, and ROES 1 through 50,<br><br>Plaintiffs,<br><br>vs.<br><br>MEDICIS PHARMACEUTICAL CORPORATION, a Delaware corporation, ROBERT NEVIN, an individual, and DOES 1 through 50,<br><br>Defendants. | Case No. 3:07-cv-04874-THE<br><br>Assigned to the Honorable Thelton E. Henderson<br><br>**DEFENDANT ROBERT NEVIN'S NOTICE OF JOINDER AND JOINDER IN DEFENDANT MEDICIS PHARMACEUTICAL CORPORATION'S ANSWER TO COMPLAINT**<br><br>Complaint filed: July 23, 2007 |

1  Defendant Robert Nevin, by and through its counsel of record, the law firm of Fox
2  Rothschild LLP, hereby joins with and endorses Defendant Medicis Pharmaceutical
3  Corporation's Answer to Plaintiff's Complaint. Defendant Nevin concurs in the admissions,
4  denials and defenses set forth in the Answer and hereby adopts and incorporates them in full.

7  Dated: January 11, 2008                    FOX ROTHSCHILD LLP

                                              By:   /s/ David Faustman
                                                    ─────────────────────────
                                                    DAVID F. FAUSTMAN
                                                    Attorneys for Defendants
                                                    ROBERT NEVIN

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action; my business address is: 235 Pine Street, Suite 1500, San Francisco, California 94104.

On January 11, 2008, I served the foregoing **DEFENDANT ROBERT NEVIN'S NOTICE OF JOINDER IN DEFENDANT MEDICIS PHARMACEUTICAL CORPORATION'S ANSWER TO COMPLAINT** on the interested party in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

G. Whitney Leigh, Esq.
GONZALEZ & LEIGH LLP
Two Shaw Alley, Third Floor
San Francisco, California 94105

Juan Enrique Pearce, Esq.
PEARCE LAW OFFICES
530 Jackson Street, Second Floor
San Francisco, California 94113

[ x ]  **BY FIRST CLASS MAIL:** I caused said documents to be deposited in a facility regularly maintained by the United States Postal Service on the same day, in a sealed envelope, with postage paid, addressed to the above listed persons on whom it is being served in San Francisco, California for collection and mailing on that date following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11th day of January 2008 at San Francisco, California.

/s/ Amie Morelli
_____
Amie Morelli