UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: January 14, 2008

**Case No:** C 07-04874 TEH

**Case Title**: KIMBERLEA MCMANIGAL v. MEDICIS PHARMACEUTICAL, et al.

**Appearances:**

    For Plaintiff(s): Whitney Leigh, Enrique Pearce

    For Defendant(s): Cristina Olivella

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: not reported

### PROCEEDINGS

1. Initial Case Management Conference - held

### SUMMARY

- The parties shall file the Motion to Compel Arbitration.
- The parties will request for a referral to ENE by way of a joint statement to be filed at a later date.