G. WHITNEY LEIGH (SBN 153457)
BRIAN BRAZIER (SBN 245004)
GONZALEZ & LEIGH LLP
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

JUAN ENRIQUE PEARCE (SBN 236228)
PEARCE LAW OFFICES
530 Jackson Street, Second Floor
San Francisco, CA 94133
Telephone: (415) 434-9000
Facsimile: (415) 434-9010

Attorneys for Plaintiff
KIMBERLEA MCMANIGAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KIMBERLEA MCMANIGAL, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> MEDICIS PHARMACEUTICAL CORPORATION, a Delaware corporation, ROBERT NEVIN, an individual, <br><br> Defendants. | Case No. 3:07-CV-04874 TEH <br><br> **DECLARATION OF KIMBERLEA MCMANIGAL IN SUPPORT OF OPPOSITION TO MOTION FOR ORDER COMPELLING ARBITRATION AND DISMISSING THE ACTION, OR ALTERNATIVELY, STAYING ACTION** |

I, Kimberlea McManigal declare as follows:

1. I am the Plaintiff in *McManigal v. Medicis Pharmaceutical Corporation, et al.* I make this declaration of my own personal knowledge and, if called to testify as a witness, I could testify competently to the matters set forth herein.

2. On August 8, 2005, I began working at Medicis Pharmaceutical Corporation ("Medicis") as a Territory Manager. My work consisted of demonstrating Medicis pharmaceutical products to clients in and around the San Francisco Bay Area.

3. Contrary to Defendants' assertions, at no time did I ever enter into the agreement with Medicis entitled the Medicis 2004 Stock Incentive Plan, a copy of which is filed as Exhibit 1 to the Declaration of Debi Heilman in support of Defendants' Motion for Order Compelling Arbitration and Dismissing the Action or Alternatively, Staying Action. In fact, I never saw this agreement.

4. I know for a fact that I did not enter into the Medicis 2004 Stock Incentive Plan agreement on or around February 5, 2007 as Defendants claim because by that date, I had already secured the law firm of Gonzalez & Leigh, LLP to represent me in the instant case. Consequently, during this time period, I had a heightened sensitivity to all communications with Medicis and diligently reviewed all correspondence from them.

5. Similarly, I never assented to enter into a Stock Option Agreement as Defendants claim. I had never seen this Stock Option Agreement to which I am an alleged party until I reviewed Debi Heileman's declaration in support of Defendants' motion.

Executed on February 4, 2008, at San Francisco, California. I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

_____
KIMBERLEA MCMANIGAL

2
DECLARATION OF KIMBERLEA MCMANIGAL
CASE NO. 3:07-CV-04874 TEH