DAVID F. FAUSTMAN, State Bar No. 081862
CRISTINA K. OLIVELLA, State Bar No. 246156
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, California 94104
Tel: 415-364-5540
Fax: 415-391-4436
dfaustman@foxrothschild.com
colivella@foxrothschild.com

Attorneys for Defendants
MEDICIS PHARMACEUTICAL CORPORATION and
ROBERT NEVIN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEA MCMANIGAL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MEDICIS PHARMACEUTICAL CORPORATION, a Delaware corporation, ROBERT NEVIN, an individual,<br><br>Defendants. | Case No. 3:07-cv-04874 TEH<br><br>**DECLARATION OF DAVID FAUSTMAN IN SUPPORT OF DEFENDANTS' REPLY**<br><br>Date: February 25, 2008<br>Time: 10:00 a.m.<br>Courtroom: 12, 19th Floor<br><br>Complaint filed: July 23, 2007 |

FOX ROTHSCHILD LLP
235 PINE STREET
SUITE 1500
SAN FRANCISCO, CA 94104

DECLARATION OF DAVID FAUSTMAN IN SUPPORT OF DEFENDANTS' REPLY
WC1 22920v1 02/11/08

I, David F. Faustman, declare as follows:

1. I am an attorney duly licensed in the state of California and the Northern District of California. I am a partner of Fox Rothschild, LLP, attorneys of record for Defendants Medicis Pharmaceutical Corporation ("Medicis") and Robert Nevin. I submit this declaration in support of Defendants' Reply in Support of their Motion for Order Compelling Arbitration. I am the lead defense attorney on this case. I have personal knowledge of the facts following facts, and can competently testify thereto if called upon to do so.

2. On January 28, 2008, I received a facsimile transmission containing Plaintiff's initial disclosure documents from G. Whitney Leigh, counsel for Plaintiff Kimberlea McManigal. Included in McManigal's disclosures is a document entitled "2006 Restricted Stock Award," bates stamped as "KM0014." Attached hereto as Exhibit 1 is a true and correct copy of the document I received.

I declare under penalty of perjury under the laws of the state of California, that the foregoing is true and correct. Executed this 11th day of February 2008 in Los Angeles, California.

                     /s/ David F. Faustman
                     David F. Faustman

FOX ROTHSCHILD LLP
235 PINE STREET
SUITE 1500
SAN FRANCISCO, CA 94104

2
DECLARATION OF DAVID FAUSTMAN IN SUPPORT OF DEFENDANTS' REPLY
WC1 22920v1 02/11/08

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action; my business address is: 235 Pine Street, Suite 1500, San Francisco, California 94104.

On February 11, 2008, I served the foregoing **DECLARATION OF DAVID FAUSTMAN IN SUPPORT OF DEFENDANTS' REPLY** on the interested party in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

G. Whitney Leigh, Esq.
GONZALEZ & LEIGH LLP
Two Shaw Alley, Third Floor
San Francisco, California 94105

Juan Enrique Pearce, Esq.
PEARCE LAW OFFICES
530 Jackson Street, Second Floor
San Francisco, California 94113

[ x ]   **BY FIRST CLASS MAIL:** I caused said documents to be deposited in a facility regularly maintained by the United States Postal Service on the same day, in a sealed envelope, with postage paid, addressed to the above listed persons on whom it is being served in San Francisco, California for collection and mailing on that date following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11th day of February 2008 at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　/s/ Amie Morelli
　　　　　　　　　　　　　　　　　　　　Amie Morelli

FOX ROTHSCHILD LLP
235 PINE STREET
SUITE 1500
SAN FRANCISCO, CA 94104

3
DECLARATION OF DAVID FAUSTMAN IN SUPPORT OF DEFENDANTS' REPLY
WC1 22920v1 02/11/08

# EXHIBIT 1



**GONZALEZ & LEIGH LLP**

January 28, 2008

VIA FACSIMILE AND U.S. MAIL

David Frederick Faustman, Esq.
Fox Rothschild, LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104-2734

    Re: *McManigal v. Medicis Pharmaceutical Corp.*, et al.
        San Francisco County Superior Court Case No. 07-465398

Dear David:

I enclose with this letter documents identified in plaintiffs' Rule 26 disclosures, pursuant to our December 21, 2007 agreement to exchange initial disclosure documents.

                            Very truly yours,

                            GONZALEZ & LEIGH, LLP

                            G. Whitney Leigh

GWL:lr
Enclosures
cc: Enrique Pearce, Esq.

Two Shaw Alley
3rd Floor
San Francisco, CA
94105
TEL 415-512-2000
FAX 415-512-2001





## 2006 Restricted Stock Award

Name:                                    Kimberlea A McManigal

Chairman's Grant:                        150

Grant Date:                              February 7, 2006

Market Price on Grant Date:              $ 30.05

~~~~ price shown on this summary is determined based on the market value of a
~~~~édicis stock as of the date of grant of the stock award. The value of your
~~~~stock shares will fluctuate and can either increase or decrease based on the
~~~~ of Medicis stock.

8125 North Hayden Road, Scottsdale, AZ 85258
Telephone: (602) 808-8800. Facsimile: (602) 808-0822
Web Site: http://www.medicis.com

KM0014