UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CIVIL MINUTES*

**Judge:  Thelton E. Henderson**

**Date**:  February 25, 2008

**Case No:** C 07-04874 TEH

**Case Title**:  KIMBERLEA MCMANIGAL v. MEDICIS PHARMACEUTICAL CORP., et al.

**Appearances:**

For Plaintiff(s): Whitney Leigh, Enrique Pearce

For Defendant(s): David Faustman

**Deputy Clerk**:  Rowena B. Espinosa          **Court Reporter**: Kathy Wyatt

### *PROCEEDINGS*

1.  Hearing on Defendants' Motion to Compel Arbitration and Dismissing or Staying Action -
                                          Held

MOTION/MATTER:  ( ) Granted
                ( ) Denied
                ( ) Granted in part/Denied in part
                (X) Taken under submission
                ( ) Withdrawn/Off Calendar
                ( ) Continued to:

Order to be prepared by:       ( ) Plaintiff   ( ) Defendant   (X) Court