# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| McManigal,<br><br>          Plaintiff(s),<br><br>    v.<br><br>,<br><br>          Defendant(s). | 07-04874 TEH ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

        **Nordin F. Blacker**
        Law Offices of Nordin F. Blacker
        505 Sansome St., Suite 400
        San Francisco, CA 94133-3128
        415-397-3222
        nordin@nordinblacker.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-04874 TEH ENE          - 1 -

1    Counsel are reminded that the written ENE statements required by the ADR L.R.
2 5-8 shall NOT be filed with the court.

4 Dated: March 31, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel



ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-04874 TEH ENE                              - 2 -