LAW OFFICE OF
**NORDIN F. BLACKER**
A PROFESSIONAL CORPORATION
505 SANSOME STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94111-3128

NORDIN F. BLACKER

MELINDA A. SAMMIS
DAVID L. BLACKER

DENNIS HANSHEW
PARALEGAL

TELEPHONE (415) 397-3222
FACSIMILE (415) 394-0375
www.nordinblacker.com

2 April 2008

VIA E-MAIL ONLY

GILBERT WHITNEY LEIGH, ESQ.
BRIAN JAMES BRAZIER, ESQ.
Gonzalez & Leigh, LLP
Two Shaw Alley, Third Floor
San Francisco, CA  94105

wleigh@gonzalezleigh.com
bbrazier@gonzalezleigh.com

JUAN ENRIQUE PEARCE, ESQ.
Pearce Law Offices
530 Jackson Street, 2nd Floor
San Francisco, CA  94133

epearce@pearcelawoffices.com

Re:  McManigal v. Medicis Pharmaceutical Corp. et al
     San Francisco Superior Court Case No. CGC 07-465398
     No. C 07-04874 THE ENE

Dear Sirs,

As you may know, Nordin F. Blacker has been appointed the Evaluator in this ENE matter.

We would like to schedule the first telephone conference call with you and Mr. Blacker within the next ten (10) days. The purpose of the call would be to facilitate introductions, briefly discuss procedure and calendar the ENE session (please have your calendars available for the call). The call is expected to take no more than half an hour.

McManigal v. Medicis Pharmaceutical Corp. et al
April 2, 2008
Page 2 of 2

Mr. Blacker's <u>current</u> availability is as follows:

    Monday, April 7th at 2:30, 3:00 or 3:30 p.m.

    Tuesday, April 8th at 10:00 or 10:30 a.m.

    Wednesday, April 9th at 10:00 or 10:30 a.m.
    <u>or</u> 2:00 or 2:30 p.m.

Please circle <u>all</u> dates/times that are available to you and either fax or PDF your copy back to us. I will find the "match" and confirm the date/time with both your offices.

Finally, please advise if you would prefer to be contacted other than by e-mail.

Thank you.

Very truly yours,

Dennis Hanshew

Cc:  Alice M. Fiel, Case Administrator
     Alice_Fiel@cand.uscourts.gov

I:\DOCS\ENE\McManigal v Medicis\lts\atts-dh-1.doc