LAW OFFICE OF
## NORDIN F. BLACKER
A PROFESSIONAL CORPORATION
505 SANSOME STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94111-3128

NORDIN F. BLACKER

MELINDA A. SAMMIS
DAVID L. BLACKER

DENNIS HANSHEW
PARALEGAL

TELEPHONE (415) 397-3222
FACSIMILE (415) 394-0375
www.nordinblacker.com

8 April 2008

<u>VIA E-MAIL ONLY</u>

GILBERT WHITNEY LEIGH, ESQ.
BRIAN JAMES BRAZIER, ESQ.
Gonzalez & Leigh, LLP
Two Shaw Alley, Third Floor
San Francisco, CA  94105

<u>wleigh@gonzalezleigh.com</u>
<u>bbrazier@gonzalezleigh.com</u>

JUAN ENRIQUE PEARCE, ESQ.
Pearce Law Offices
530 Jackson Street, 2nd Floor
San Francisco, CA  94133

<u>epearce@pearcelawoffices.com</u>

DAVID FREDERICK FAUSTMAN
Fox Rothschild LLP
235 Pine Street, Suite 1500
San Francisco, CA  94104

<u>dfaustman@foxrothschild.com</u>

Re:  <u>McManigal v. Medicis Pharmaceutical Corp. et al</u>
     San Francisco Superior Court Case No. CGC 07-465398
     No. C 07-04874 THE ENE

Dear Sirs,

I must apologize.  I sent out the initial letter on April 2nd but neglected to copy Mr. Faustman.  The original letter read as follows:

*As you may know, Nordin F. Blacker has been appointed the Evaluator in this ENE matter.*

McManigal v. Medicis Pharmaceutical Corp. et al
April 8, 2008
Page 2 of 2

*We would like to schedule the first telephone conference call with you
and Mr. Blacker within the next ten (10) days.  The purpose of the call
would be to facilitate introductions, briefly discuss procedure and
calendar the ENE session (please have your calendars available for the
call).  The call is expected to take no more than half an hour.*

*Mr. Blacker's __current__ availability is as follows:*

> *Monday, April 7th at 2:30, 3:00 or 3:30 p.m.*
> *Tuesday, April 8th at 10:00 or 10:30 a.m.*
> *Wednesday, April 9th at 10:00 or 10:30 a.m.*
> *__or__ 2:00 or 2:30 p.m.*

*Please circle __all__ dates/times that are available to you and either fax
or PDF your copy back to us.  I will find the "match" and confirm the
date/time with both your offices.*

*Finally, please advise if you would prefer to be contacted other than
by e-mail.*  (bolding/italics/font enhanced/revised here)

Unfortunately, most of the dates suggested have past or are
probably too near now for Mr. Faustman.  Therefore, please
allow me to suggest the following dates/times:

> Monday, April 14th at 10:00 a.m.
> Tuesday, April 15th at 10:00, 10:30 a.m. or 3:00 p.m.
> Wednesday, April 16th at 3:00 or 3:30 p.m.

Again, please accept my apology for this delay.  Please get
back to me ASAP regarding your availability with respect to
the new dates/times above.

Thank you.

Very truly yours,

Dennis Hanshew

Cc:  Alice M. Fiel, Case Administrator
     Alice_Fiel@cand.uscourts.gov