LAW OFFICE OF
**NORDIN F. BLACKER**
A PROFESSIONAL CORPORATION
505 SANSOME STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94111-3128

NORDIN F. BLACKER

MELINDA A. SAMMIS
DAVID L. BLACKER

DENNIS HANSHEW
PARALEGAL

TELEPHONE (415) 397-3222
FACSIMILE (415) 394-0375
www.nordinblacker.com

April 16, 2008

VIA E-MAIL ONLY

JUAN ENRIQUE PEARCE, ESQ.
Pearce Law Offices
530 Jackson Street, 2nd Floor
San Francisco, CA  94133

epearce@pearcelawoffices.com

DAVID FREDERICK FAUSTMAN
Fox Rothschild LLP
235 Pine Street, Suite 1500
San Francisco, CA  94104

dfaustman@foxrothschild.com

Re:   McManigal v. Medicis Pharmaceutical Corp. et al
      San Francisco Superior Court Case No. CGC 07-465398
      No. C 07-04874 THE ENE

Dear Counsel:

   This will confirm that we have set the ENE session for Friday, June 6th at 9:30 for approximately three hours. Your ENE Statements will be due by the close of business on Monday, June 2d by FAX, e-mail or hand delivery.

   Defendant Nevin and the Plaintiff will be personally present at the ENE session. Additionally, someone in authority from the Defendant company will be available on the phone.

   You are going to attempt to get in the depositions of the Plaintiff and Defendant Nevin. If you are unable to do so, you may request a postponement of the June 6th session. Absent approval of the court to a postponement, the session of June 6th will go forth.

McManigal v. Medicis Pharmaceutical Corp. et al
April 15, 2008
Page 2 of 2


I look forward to working with you.

                                    Very truly yours,

                                    [signature]

                                    NORDIN F. BLACKER


Cc:   Alice M. Fiel, Case Administrator
      Alice_Fiel@cand.uscourts.gov



I:\DOCS\ENE\McManigal v Medicis\lts\atts-nfb.doc