1  DAVID F. FAUSTMAN, State Bar No. 081862
   STACEY A. LEE, State Bar No. 229076
2  FOX ROTHSCHILD LLP
3  235 Pine Street, Suite 1500
   San Francisco, California 94104
4  Tel:  415-364-5540
   Fax: 415-391-4436
5
   Attorneys for Defendants
6  MEDICIS PHARMACEUTICAL CORPORATION and
7  ROBERT NEVIN

8  MATT GONZALES, State Bar No. 153486
   G. WHITNEY LEIGH, State Bar No. 153457
9  BRIAN BRAZIER, State Bar No. 245004
   GONZALEZ & LEIGH, LLP
10 Two Shaw Alley, 3rd Floor
   San Francisco, CA 94105
11 Tel:  415-512-2000
12 Fax: 415-512-2001

13 JUAN ENRIQUE PEARCE, State Bar No. 236228
   PEARCE LAW OFFICES
14 530 Jackson Street, Second Floor
   San Francisco, CA 94133
15 Tel:  415-434-9000
16 Fax: 415-434-9010

17 Attorneys for Plaintiff
   KIMBERLEA MCMANIGAL
18

19                    UNITED STATES DISTRICT COURT

20                FOR THE NORTHERN DISTRICT OF CALIFORNIA

21

| | |
|---|---|
| 22  KIMBERLEA MCMANIGAL, an<br>23  individual, | Case No. 3:07-cv-04874 TEH |
| 24<br>25              Plaintiffs,<br>26       vs.<br>27  MEDICIS PHARMACEUTICAL<br>    CORPORATION, a Delaware<br>28  corporation, ROBERT NEVIN, an<br>    individual, | **JOINT MOTION TO REQUEST EXTENSION OF DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION SESSION**<br><br>Complaint filed: July 23, 2007 |

FOX ROTHSCHILD LLP
5 PINE STREET
SUITE 1500
SAN FRANCISCO, CA 94104

MOTION TO REQUEST EXTENSION OF DEADLINE FOR CONDUCTING ENE SESSION
SF1 34v2 05/22/08

Defendants.

With the joint consent of Plaintiff, Kimberlea McManigal, Defendants Medicis Pharmaceutical Corporation and Robert Nevin ("Defendants"), by and through their counsel, Fox Rothschild LLP, hereby submit this motion for an extension of the deadline for conducting the Early Neutral Evaluation ("ENE") session in the above matter and in support thereof aver as follows:

1. Defendant's counsel has contacted counsel for Plaintiff with regard to the instant motion and Plaintiff's counsel has agreed to join in the request for an extension of time for conducting the ENE session. Specifically, the parties agree to extend the deadline to July 31, 2008.

2. This matter was commenced on or about July 23, 2007 by the filing of a complaint in the Superior Court of California, San Francisco County. Pursuant to section 1332 of Title 28 of the United States Code, Defendant Medicis Pharmaceutical Corporation removed this matter to the United States District Court for the Northern District of California.

3. The parties stipulated to Early Neutral Evaluation and the order was entered by the Court on March 13, 2008. Nordin F. Blacker has been assigned as the Evaluator in this case. A phone conference with him occurred on April 15, 2008 in which the parties tentatively agreed to conduct the ENE session on June 6, 2008. The parties attempted to schedule depositions prior to the June 6, 2008 ENE session, but were unable to do so.

4. The request to extend the deadline for conducting the ENE session is being made to allow the depositions of the parties to take place prior to the ENE session. No depositions have been taken or are currently scheduled to be taken prior to the deadline for conducting the ENE session. Other than the initial disclosures, no additional discovery has been exchanged between the parties.

OX ROTHSCHILD LLP
5 PINE STREET
JITE 1500
AN FRANCISCO, CA 94104

5.  Due to these circumstances, the parties believe there is too little information to conduct a meaningful ENE session. The parties would benefit from an ENE session that is conducted after depositions and additional discovery are completed.

WHEREFORE, Defendants and Plaintiff respectfully request that this Court extend the time for conducting the ENE session to July 31, 2008.

Dated: May 21, 2008

Respectfully submitted,
FOX ROTHSCHILD LLP

DAVID F. FAUSTMAN
Attorneys for Defendant
Medicis Pharmaceutical Corporation and Robert Nevin


GONZALEZ & LEIGH LLP

G. WHITNEY LEIGH
Attorneys for Plaintiff
Kimberlea McManigal

3
MOTION TO REQUEST EXTENSION OF DEADLINE FOR CONDUCTING ENE SESSION
SF1 34v1 05/21/08

FOX ROTHSCHILD LLP
3 PINE STREET
STE 1500
SAN FRANCISCO, CA 94104

| | |
|---|---|
| 1 | DAVID F. FAUSTMAN, State Bar No. 081862 |
| 2 | STACEY A. LEE, State Bar No. 229076<br>FOX ROTHSCHILD LLP |
| 3 | 235 Pine Street, Suite 1500<br>San Francisco, California 94104 |
| 4 | Tel: 415-364-5540 |
| 5 | Fax: 415-391-4436 |
| 6 | Attorneys for Defendants<br>MEDICIS PHARMACEUTICAL CORPORATION and |
| 7 | ROBERT NEVIN |
| 8 | MATT GONZALES, State Bar No. 153486 |
| 9 | G. WHITNEY LEIGH, State Bar No. 153457<br>BRIAN BRAZIER, State Bar No. 245004 |
| 10 | GONZALEZ & LEIGH, LLP<br>Two Shaw Alley, 3rd Floor |
| 11 | San Francisco, CA 94105<br>Tel: 415-512-2000 |
| 12 | Fax: 415-512-2001 |
| 13 | JUAN ENRIQUE PEARCE, State Bar No. 236228 |
| 14 | PEARCE LAW OFFICES<br>530 Jackson Street, Second Floor |
| 15 | San Francisco, CA 94133<br>Tel: 415-434-9000 |
| 16 | Fax: 415-434-9010 |
| 17 | Attorneys for Plaintiff |
| 18 | KIMBERLEA MCMANIGAL |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEA MCMANIGAL, an individual, | Case No. 3:07-cv-04874 TEH |
| Plaintiffs, | [PROPOSED] ORDER GRANTING JOINT MOTION TO REQUEST EXTENSION OF DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION SESSION |
| vs. | |
| MEDICIS PHARMACEUTICAL CORPORATION, a Delaware corporation, ROBERT NEVIN, an | Complaint filed: July 23, 2007 |

FOX ROTHSCHILD LLP
235 PINE STREET
SUITE 1500
SAN FRANCISCO, CA 94104

ORDER TO EXTEND DEADLINE FOR CONDUCTING ENE SESSION

SF1 40v3 05/22/08

1 | individual,
2 |                     Defendants.
3 |

4    Upon consideration of the Joint Motion to Request Extension of Deadline for Conducting Early Neutral Evaluation Session with a proposed new deadline of July 31, 2008, and finding that good cause exists,

   **IT IS HEREBY ORDERED** that Defendants' Motion to Request Extension of Deadline for Conducting the ENE Session to _____, 2008 is granted.

   **IT IS SO ORDERED.**


Dated: _____, 2008

_____
The Honorable Judge Thelton E. Henderson
United States District Court,
Northern District of California

)X ROTHSCHILD LLP
5 PINE STREET
ITE 1500
N FRANCISCO, CA 94104

SF1 40v3 05/22/08

2
ORDER TO EXTEND DEADLINE FOR CONDUCTING ENE SESSION

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action; my business address is: 235 Pine Street, Suite 1500, San Francisco, California 94104.

On May 22, 2008, I served the foregoing **JOINT MOTION TO REQUEST EXTENSION OF DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION SESSION** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

G. Whitney Leigh, Esq.
GONZALEZ & LEIGH LLP
Two Shaw Alley, Third Floor
San Francisco, California 94105

Juan Enrique Pearce, Esq.
PEARCE LAW OFFICES
530 Jackson Street, Second Floor
San Francisco, California 94113

Nordin F. Blacker, Esq.
LAW OFFICE OF NORDIN F. BLACKER
505 Sansome Street, Suite 400
San Francisco, CA 94111

United States District Court
Northern District of California
ADR Program
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

[X]   **BY FIRST CLASS MAIL:** I caused said document to be deposited in a facility regularly maintained by the United States Postal Service on the same day, in a sealed envelope, with postage paid, addressed to the above listed persons on whom it is being served in San Francisco, California for collection and mailing on that date following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 22nd day of May 2008 at San Francisco, California.

/s/ Stacey Lee
Stacey Lee

FOX ROTHSCHILD LLP
235 PINE STREET
SUITE 1500
SAN FRANCISCO, CA 94104

SF1 1499v1 05/21/08 MOTION TO REQUEST EXTENSION OF DEADLINE FOR CONDUCTING ENE SESSION