UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

McManigal,

        Plaintiff,

v.

Medicis Pharmaceutical Corp. and Robert Nevin,

        Defendants.

No. C 07-4874 TEH

**ORDER**

On May 21, 2008, the undersigned received correspondence from defense counsel, David F. Faustman, requesting that his client, Mr. Robert Nevin, be excused from personally attending an upcoming Early Neutral Evaluation ("ENE") session

Defendant's request is DENIED. Mr. Nevin has provided no facts to support a conclusion that his personal appearance at the ENE session would impose an "extraordinary or otherwise unjustifiable hardship." See ADR Local Rule 5-10(d). Moreover, under the circumstances of this case, the fundamental objectives of ENE would be compromised if Mr. Nevin did not personally attend the session.

IT IS SO ORDERED.

Dated: May 22, 2008

                                                WAYNE D. BRAZIL
                                                United States Magistrate Judge

1