| | |
|---|---|
| 1 | DAVID F. FAUSTMAN, State Bar No. 081862 |
| 2 | STACEY A. LEE, State Bar No. 229076<br>FOX ROTHSCHILD LLP |
| 3 | 235 Pine Street, Suite 1500<br>San Francisco, California 94104 |
| 4 | Tel: 415-364-5540 |
| 5 | Fax: 415-391-4436 |
| 6 | Attorneys for Defendants<br>MEDICIS PHARMACEUTICAL CORPORATION and |
| 7 | ROBERT NEVIN |
| 8 | MATT GONZALES, State Bar No. 153486 |
| 9 | G. WHITNEY LEIGH, State Bar No. 153457<br>BRIAN BRAZIER, State Bar No. 245004 |
| 10 | GONZALEZ & LEIGH, LLP<br>Two Shaw Alley, 3rd Floor |
| 11 | San Francisco, CA 94105<br>Tel: 415-512-2000 |
| 12 | Fax: 415-512-2001 |
| 13 | JUAN ENRIQUE PEARCE, State Bar No. 236228 |
| 14 | PEARCE LAW OFFICES<br>530 Jackson Street, Second Floor |
| 15 | San Francisco, CA 94133<br>Tel: 415-434-9000 |
| 16 | Fax: 415-434-9010 |
| 17 | Attorneys for Plaintiff |
| 18 | KIMBERLEA MCMANIGAL |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEA MCMANIGAL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MEDICIS PHARMACEUTICAL CORPORATION, a Delaware corporation, ROBERT NEVIN, an | Case No. 3:07-cv-04874 TEH<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO REQUEST EXTENSION OF DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION SESSION<br><br>Complaint filed: July 23, 2007 |

FOX ROTHSCHILD LLP
235 PINE STREET
SUITE 1500
SAN FRANCISCO, CA 94104

ORDER TO EXTEND DEADLINE FOR CONDUCTING ENE SESSION

SF1 40v3 05/22/08

1  individual,

2              Defendants.

3

4       Upon consideration of the Joint Motion to Request Extension of Deadline for Conducting

5  Early Neutral Evaluation Session with a proposed new deadline of July 31, 2008, and finding that

6  good cause exists,

7

8       **IT IS HEREBY ORDERED** that Defendants' Motion to Request Extension of Deadline

9  for Conducting the ENE Session to _____July 31_____, 2008 is granted.

10      **IT IS SO ORDERED.**

11

12

13

14  Dated: ____05/22____, 2008   _____

15                               The Honorable Judge Thelton E. Henderson
                                 United States District Court,
16                               Northern District of California

*[Signature: Judge Thelton E. Henderson]*
*[Seal: United States District Court, Northern District of California]*

FOX ROTHSCHILD LLP
5 PINE STREET
SUITE 1500
SAN FRANCISCO, CA 94104

SF1 40v3 05/22/08

2
ORDER TO EXTEND DEADLINE FOR CONDUCTING ENE SESSION