LAW OFFICE OF

NORDIN F. BLACKER
A PROFESSIONAL CORPORATION
505 SANSOME STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94111-3128

NORDIN F. BLACKER
___
MELINDA A. SAMMIS
DAVID L. BLACKER
___
DENNIS HANSHEW
PARALEGAL

TELEPHONE (415) 397-3222
FACSIMILE (415) 394-0375
www.nordinblacker.com

27 May 2008

VIA E-MAIL ONLY

GILBERT WHITNEY LEIGH, ESQ.
BRIAN JAMES BRAZIER, ESQ.
Gonzalez & Leigh, LLP
Two Shaw Alley, Third Floor
San Francisco, CA  94105

wleigh@gonzalezleigh.com
bbrazier@gonzalezleigh.com

JUAN ENRIQUE PEARCE, ESQ.
Pearce Law Offices
530 Jackson Street, 2nd Floor
San Francisco, CA  94133

epearce@pearcelawoffices.com

DAVID FREDERICK FAUSTMAN
Fox Rothschild LLP
235 Pine Street, Suite 1500
San Francisco, CA  94104

dfaustman@foxrothschild.com

Re:   McManigal v. Medicis Pharmaceutical Corp. et al
      San Francisco Superior Court Case No. CGC 07-465398
      No. C 07-04874 THE ENE

Dear Sirs,

     Per the Order Granting Joint Motion to Request
Extension of Deadline for Conducting Early Neutral
Evaluation Session, signed 5/22/08 by Judge Henderson, we
have taken **off calendar** the first session previously
scheduled for June 6th and reset it for **Thursday, July 31,
2008 at 9:30 a.m. in our offices**.  Consequently, your

McManigal v. Medicis Pharmaceutical Corp. et al
May 27, 2008
Page 2 of 2

**statement briefs will now be due by close of business on Friday, July 25th.**

     If you have any questions or concerns, please contact us directly.

Thank you.

Very truly yours,

Dennis Hanshew

Cc:  Alice M. Fiel, Case Administrator
     Alice_Fiel@cand.uscourts.gov

I:\DOCS\ENE\McManigal v Medicis\lts\atts-dh-3.doc