JUAN ENRIQUE PEARCE (SBN 236228)
PEARCE LAW OFFICES
3 Embarcadero Center, Suite 420
San Francisco, CA 94111
Telephone: (415) 434-9000
Facsimile: (415) 434-9010

Attorneys for Plaintiff
KIMBERLEA MCMANIGAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEA MCMANIGAL, *et al.*,<br><br>             Plaintiff(s),<br><br>      v.<br><br>MEDICIS PHARMACEUTICAL CORPORATION, a Delaware corporation, *et al.*,<br><br>             Defendants. | Case No. C 07-04874 TEH<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

YOU ARE HEREBY NOTIFIED, pursuant to Local Rule 3-11(b), that the address for Pearce Law Offices has changed effective immediately. Please address any communications to:

Pearce Law Offices
3 Embarcadero Center, Suite 420
San Francisco, CA 94111
Telephone: (415) 434-9000
Facsimile: (415) 434-9010

DATED: June 9, 2008                                   PEARCE LAW OFFICES

                                                      By _____
                                                      JUAN ENRIQUE PEARCE
                                                      Attorneys for Plaintiff
                                                      KIMBERLEA MCMANIGAL