IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEA MCMANIGAL,<br><br>      Plaintiff,<br><br>v.<br><br>MEDICIS PHARMACEUTICAL,<br><br>      Defendant.<br>_____/ | No. C 07-04874 TEH<br><br>**Clerk's Notice**<br>**Rescheduling Hearing** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *Case Management Conference* previously set for 06/16/08 at 1:30 PM has been rescheduled for **Monday, 08/18/08** at **1:30 PM**, before the Honorable Thelton E. Henderson. Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than 7 days prior, counsel shall submit a joint case management conference statement.

Dated: June 10, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: /s/ R. B. Espinosa
    R. B. Espinosa
    Deputy Clerk