**FILED**

JUL 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| McManigal,<br><br>    Plaintiff(s),<br><br>v.<br>,<br>    Defendant(s). | No. C 07-04874 TEH ENE<br><br>**Certification of ADR Session** |

<u>Instructions</u>: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) __July 28, 2008__

2. Did the case settle?     ☐ fully     ☐ partially     ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**     ☒ YES     ☐ NO

Dated: __July 28, 2008__        _____
                                Evaluator, Nordin F. Blacker
                                Law Offices of Nordin F. Blacker
                                505 Sansome St., Suite 400
                                San Francisco, CA 94133-3128

**Certification of ADR Session**
07-04874 TEH ENE