1   DAVID F. FAUSTMAN (SBN 81862)
    FOX ROTHSCHILD LLP
2   235 Pine Street, Suite 1500
    San Francisco, CA 94104
3   Telephone: (415) 364-5540
    Facsimilie: (415) 391-4436

4

5   Attorneys for Defendants
    MEDICIS PHARMACEUTICAL
    CORPORATION and
6   ROBERT NEVIN

7

8   G. WHITNEY LEIGH (SBN 153457)
    GONZALEZ & LEIGH LLP
    Two Shaw Alley, Third Floor
9   San Francisco, CA 94105
    Telephone: (415) 512-2000
10  Facsimile:  (415) 512-2001

11  JUAN ENRIQUE PEARCE (SBN 236228)
    PEARCE LAW OFFICES
12  530 Jackson Street, Second Floor
    San Francisco, CA  94133
13  Telephone: (415) 434-9000
    Facsimile:  (415) 434-9010

14
    Attorneys for Plaintiff
15  KIMBERLEA MCMANIGAL

16                  UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18  KIMBERLEA MCMANIGAL, *et al.*,          Case No.  Case No. 3:07-cv-04874 TEH

19              Plaintiff(s),
                                            **JOINT CASE MANAGEMENT
20       v.                                 CONFERENCE STATEMENT AND
                                            [PROPOSED] ORDER**
21  MEDICIS PHARMACEUTICAL
    CORPORATION, a Delaware corporation
22  and ROBERT NEVIN, an individual,

23              Defendants.

24

25
         Pursuant to Northern District Local Rule 16-9 and the Clerk's Notice Rescheduling Hearing
26
    dated June 10, 2008, the parties to the above-entitled action, by and through their respective attorneys
27
    of record, jointly submit this Case Management Conference Statement and Proposed Order and
28

                                           1

JOINT CASE MANAGEMENT STATEMENT                          *McManigal v. Medicis*
AND [PROPOSED] ORDER                                     Case No. C 07-04874 TEH
SF1 3685v1 08/11/08

1    request the Court to adopt it as its Case Management Order in this case.

2    **1.    JURISDICTION AND SERVICE**

3        a.    Pursuant to 28 U.S.C. § 1332, this action was properly removed to this Court by

4    Defendants on September 20, 2007 based on the Court's original diversity of citizenship jurisdiction.

5        b.    The parties which have not been served and the reasons:  None.

6    **2.    FACTS AND LEGAL ISSUES**

7        **a.    A brief description of the events underlying the action:**

8        Plaintiff Kimberlea McManigal ("Ms. McManigal") alleges that she worked for Medicis

9    Pharmaceutical Corporation, Inc. ("Medicis") as a Territory Manager beginning August 8, 2005.  She

10   further alleges that in January 2007, she announced her pregnancy and her intention to take maternity

11   leave beginning on or around June 2007.  Ms. McManigal also alleges that she was subjected to

12   discriminatory and harassing comments based on her sex made by Medicis management, including her

13   direct supervisor Robert Nevin ("Nevin").  Ms. McManigal further alleges that she reported this

14   treatment to the Human Resources Department at Medicis, but that no investigation took place.

15       Medicis and Nevin deny Ms. McManigal's claims.  Medicis further alleges that Ms.

16   McManigal accepted an agreement to arbitrate employment disputes.

17       **The principal factual issues which the parties dispute:**

18       **b.    Ms. McManigal believes that the following factual contentions are in dispute:**

19       i.    Does Medicis have a policy or protocol regarding pregnant employees that

20   disadvantages those employees in any manner?

21       ii.    What were the objective criteria used to measure Ms. McManigal's job

22   performance?

23       iii.    What actions did Medicis take toward Ms. McManigal after she reported

24   discriminatory and harassing behavior to Human Resources?

25       iv.    How did Medicis react when Ms. McManigal alleged to Human Resources that

26   her direct supervisor Robert Nevin was discriminating and harassing her based on her sex?

27       v.    What corrective action did Medicis take regarding Ms. McManigal's complaints

28

JOINT CASE MANAGEMENT STATEMENT                    *McManigal v. Medicis, et al.*
AND [PROPOSED] ORDER                               Case No. c 07-04874 TEH
SF1 3685v1 08/11/08

1    of sex discrimination and harassment?

2        vi.  What were the circumstances surrounding Ms. McManigal's bonus pay after

3    she informed Medicis of her pregnancy?

4       **c.**  **Defendants believe that the following factual contentions are in dispute:**

5        i.  Whether Ms. McManigal was subjected to any "harassment" or

6    "discriminatory" treatment and whether Ms. McManigal suffered any damage therefrom.

7    **3.**  **LEGAL ISSUES**

8       **The principal legal issues which the parties dispute:**

9       **a.**  **Ms. McManigal believes that the following legal issues are in dispute:**

10       i.  Do the severe and pervasive comments based upon Plaintiff's sex and uttered

11   by Plaintiff's supervisor constitute sex harassment?

12       ii.  Does FEHA require Defendant to investigate Plaintiff's complaint after she

13   reported harassment to Defendant's human resources department?

14      **b.**  **Defendants believe that the following legal issues are in dispute:**

15       i.  Is Ms. McManigal required to arbitrate her claims based upon a mandatory

16   arbitration provision in a contract which was validly offered and accepted, and for which sufficient

17   consideration was presented?

18       ii.  Does Ms. McManigal have a viable claim of sex discrimination against

19   Medicis?

20       iii.  Does Ms. McManigal have a viable claim of harassment against Medicis or

21   Nevin?

22       iv.  Does Ms. McManigal have a viable claim against Medicis for failure to take

23   corrective action?

24       v.  Does Ms. McManigal have a viable claim against Medicis or Nevin for

25   intentional infliction of emotional distress?

26       vi.  Is Ms. McManigal entitled to damages or other relief?

27

28

JOINT CASE MANAGEMENT STATEMENT
AND [PROPOSED] ORDER
SF1 3685v1 08/11/08

*McManigal v. Medicis, et al.*
Case No. c 07-04874 TEH

1    **4.    MOTIONS**

2        a.    **Prior Motions**

3        Defendants filed a Motion to Compel Arbitration and Dismiss the Action on January 21, 2008,

4    which was heard by this Court on February 25, 2008.  The Court issued an order denying Defendants'

5    motion on March 3, 2008.

6        b.    **Anticipated Motions**

7        <u>Plaintiff</u>:    If the parties are unable to informally resolve Plaintiff's claims asserted in

8    Plaintiff's complaint, Plaintiff anticipates that she will file a motion for summary judgment or, in the

9    alternative, summary adjudication.

10        <u>Defendant</u>:  If the parties are unable to informally resolve Plaintiff's claims asserted in

11    Plaintiff's complaint, Defendants anticipate that they will file a motion for summary judgment or, in

12    the alternative, summary adjudication.

13    **5.    AMENDMENT OF PLEADINGS**

14        The extent to which parties, claims, or defenses are expected to be added or dismissed and a

15    proposed deadline for amending the pleadings:  None.

16    **6.    EVIDENCE PRESERVATION**

17        The parties have taken steps taken to preserve evidence relevant to the issues reasonably

18    evidence in this action, including interdiction of any document-destruction program and any ongoing

19    erasures of e-mails, voice mails, and other electronically-recorded material.

20    **7.    DISCLOSURES**

21        The parties certify that they have timely completed initial disclosures, pursuant to Fed. R. Civ.

22    P. 26(a)(1), of the witnesses and documents believed to support their respective claims or defenses,

23    damage computations and insurance agreements.

24    **8.    DISCOVERY**

25        a.    Limited discovery has been completed in this matter.  Initial disclosures have been

26    exchanged by the parties, along with additional documents produced by Defendants in response to

27    Plaintiff's First Set of Requests for Production of Documents.  Plaintiff has responded to Defendants'

28

- 4 -

1    First Set of Requests for Production of Documents. Defendant Medicis has provided a response and

2    supplemental response to Plaintiff's First Set of Interrogatories to Defendant Medicis.

3          b.      The parties have taken no depositions in this matter. Plaintiff's deposition is scheduled

4    for August 26, 2008. Defendant Nevin's deposition is scheduled for August 27, 2008.

5          c.      The parties have met and conferred pursuant to this Court's order and Federal Rule

6    26(f). In their Joint Case Management Statement filed on February 21, 2008, the parties set forth a

7    discovery plan. Subject to the Court's approval, the parties require at least a ninety (90) day extension

8    of all the proposed discovery deadlines.

9    **9.      RELATED CASES**

10         Any related cases or proceedings pending before another judge of this court, or before another

11   court of administrative body: None.

12   **10.     RELIEF**

13         Plaintiff is seeking compensatory, general, and special damages, with the exact amount in

14   controversy unknown at this time. Plaintiff has also requested unspecified punitive damages and

15   attorneys' fees and costs.

16   **11.     ALTERNATIVE DISPUTE RESOLUTION**

17         The parties filed a Stipulation and Proposed Order Selecting Early Neutral Evaluation as the

18   requested ADR process and the order was entered by the Court on March 13, 2008. Nordin F. Blacker

19   was assigned as the Early Neutral Evaluator and the parties conducted a telephone conference with

20   him on April 15, 2008. The parties filed a joint motion requesting an extension of the deadline for

21   conducting the ENE session on May 22, 2008. The Court entered an order on May 23, 2008

22   extending the deadline to July 31, 2008. The ENE session was conducted on July 28, 2008.

23         In addition to counsel, David F. Faustman, Esq., the following individuals were in attendance

24   at the ENE session on behalf of Defendants:

25         1.      Linda Hanks, Senior Attorney, Medicis

26         2.      Cathy Chess, Senior VP of Human Resources, Medicis

27         3.      Robert Nevin

28

JOINT CASE MANAGEMENT STATEMENT                    *McManigal v. Medicis, et al.*
AND [PROPOSED] ORDER                               Case No. c 07-04874 TEH
SF1 3685v1 08/11/08

1    Juan Enrique Pearce, Esq. and Kimberlea McManigal were in attendance on behalf of Plaintiff.

2  No settlement was reached between the parties.

3  **12.    CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

4    None of the parties consent to assignment of this case to a United States Magistrate Judge for

5  any proceedings.

6  **13.    OTHER REFERENCES**

7    This case is not suitable for reference to binding arbitration, a special master, or the Judicial

8  Panel on Multidistrict Litigation.

9  **14.    NARROWING OF ISSUES**

10    Issues that can be narrowed by agreement or motion:  None.

11  **15.    EXPEDITED SCHEDULE**

12    This is not a type of case that can be handled on an expedited basis with streamlined

13  procedures.

14  **16.    TRIAL AND SCHEDULING**

15    a.    Subject to the Courts' approval, the parties have stipulated to a trial date set for the

16  spring of 2009.

17    b.    The parties expect that the trial will last for the following number of days:  7-10 days.

18  **17.    DISCLOSURE OF NON-PARTY INTERESTED ENTITIES**

19    Defendant Medicis filed a Certificate of Interested Entities on September 20, 2007.

20  **18.    OTHER MATTERS**

21    None.

22

23  DATED:  August 11, 2008                FOX ROTHSCHILD

24

25                By  /s/ David F. Faustman
                David F. Faustman
26                Attorneys for Defendants
                MEDICIS PHARMACEUTICAL
27                CORPORATION AND ROBERT NEVIN

28
- 6 -

JOINT CASE MANAGEMENT STATEMENT                *McManigal v. Medicis, et al.*
AND [PROPOSED] ORDER                Case No. c 07-04874 TEH
SF1 3685v1 08/11/08

1

2  DATED:  August 11, 2008                    PEARCE LAW OFFICES

3

4                                              By   /s/ Juan Enrique Pearce_____
                                                   Juan Enrique Pearce
                                                   Attorneys for Plaintiff
5                                                  KIMBERLEA MCMANIGAL

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 7 -

1   DAVID F. FAUSTMAN (SBN 81862)
    FOX ROTHSCHILD
2   235 Pine Street, Suite 1500
    San Francisco, CA 94104
3   Telephone: (415) 364-5540
    Facsimilie: (415) 391-4436

4

5   Attorneys for Defendants
    MEDICIS PHARMACEUTICAL
    CORPORATION and
6   ROBERT NEVIN

7

8   G. WHITNEY LEIGH (SBN 153457)
    GONZALEZ & LEIGH LLP
    Two Shaw Alley, Third Floor
9   San Francisco, CA 94105
    Telephone: (415) 512-2000
10  Facsimile:  (415) 512-2001

11  JUAN ENRIQUE PEARCE (SBN 236228)
    PEARCE LAW OFFICES
12  530 Jackson Street, Second Floor
    San Francisco, CA  94133
13  Telephone: (415) 434-9000
    Facsimile:  (415) 434-9010

14
    Attorneys for Plaintiff
15  KIMBERLEA MCMANIGAL

16                  UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18  KIMBERLEA MCMANIGAL, *et al.*,        Case No.  Case No. 3:07-cv-04874 TEH

19              Plaintiff(s),

20      v.                                 **[PROPOSED] CASE MANAGEMENT
                                           ORDER**
21  MEDICIS PHARMACEUTICAL
    CORPORATION, a Delaware corporation
22  and ROBERT NEVIN, an individual,

23              Defendants.

24

25

26

27

28
                                    - 8 -

1

2

3                              **[PROPOSED] CASE MANAGEMENT ORDER**

4         On August 18, 2008, the parties appeared before the Court for a Case Management

5  Conference.  Based on the parties' Joint Case Management Statement, and the discussions held at the

6  Case Management Conference,

7         IT IS HEREBY ORDERED that:

8         The deadlines under the parties' original discovery plan be extended by at least ninety (90)

9  days; and

10        The trial date be set for _____, 2009.

11

   DATED: _____    _____
12
                                       HON. THELTON E. HENDERSON
13                                     UNITED STATES DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT                          *McManigal v. Medicis, et al.*
AND [PROPOSED] ORDER                                      Case No. c 07-04874 TEH
SF1 3685v1 08/11/08

1

**PROOF OF SERVICE**

2

3        I am employed in the County of San Francisco, State of California.  I am over the age

4  of 18 years and not a party to this action; my business address is:  235 Pine Street, Suite 1500, San

5  Francisco, California 94104.

6        On August 11, 2008, I served the foregoing JOINT CASE MANAGEMENT

7  CONFERENCE STATEMENT AND [PROPOSED] ORDER on the interested party in this action

8  by placing true copies thereof enclosed in sealed envelopes addressed as follows:

9

10  G. Whitney Leigh, Esq.                    Juan Enrique Pearce, Esq.
    GONZALEZ & LEIGH LLP                      PEARCE LAW OFFICES
11  Two Shaw Alley, Third Floor               3 Embarcadero Center, Suite 420
    San Francisco, California 94105           San Francisco, California 94111
12  Tel:  (415) 512-2000                      Tel:  (415) 434-9000

13  [ ]    **BY FACSIMILE:**  I caused the foregoing document(s) to be transmitted by facsimile to the
           office(s) of the person(s) indicated above at the facsimile number(s) listed for each person
14         served.  Upon completion of said facsimile transmission, the transmitting machine issued a
           transmission report showing that the transmission was complete and without error.
15

16  [ x ]  **BY FIRST CLASS MAIL:** I caused said document(s) to be deposited in a facility regularly
           maintained by the United States Postal Service on the same day, in a sealed envelope, with
17         postage paid, addressed to the above listed person(s) on whom it is being served in San
           Francisco, California for collection and mailing on that date following ordinary business
18         practices.

19

20        I declare under penalty of perjury under the laws of the State of California that the foregoing is

21  true and correct.

22        Executed this 11th day of August, 2008 at San Francisco, California.

23

24                              _____/s/ Amie Morelli_____
                                      Amie Morelli
25

26

27

28
                                      - 10 -

JOINT CASE MANAGEMENT STATEMENT                    *McManigal v. Medicis, et al.*
AND [PROPOSED] ORDER                               Case No. c 07-04874 TEH
SF1 3685v1 08/11/08