UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Judge:** THELTON E. HENDERSON

**Date**: August 18, 2008

**Case No.**  C 07-04874  TEH

**Case Title**:  KIMBERLEA MCMANIGAL -v-  MEDICIS PHARMACEUTICAL CORP., et al.

**Appearances**:

   For Plaintiff(s): Enrique Pearce

   For Defendant(s): Stacey Lee

**Deputy Clerk**: Rowena B. Espinosa            **Court Reporter**: not reported

## PROCEEDINGS

1.   Case Management Conference - held

Non-Expert Discovery Cutoff: **12/22/08**

Last Day to File Dispositive Motions: **01/08/09**

Last Day to Hear Dispositive Motions: **02/09/09 at 10:00 AM**

Case continued to    for Further Case Management Conference

Case continued to **Monday, 03/23/09  at 3:00 p.m.** for Pretrial Conference

Case continued to **Tuesday, 04/07/09  at 8:30 a.m.** for Trial (Jury: 7 Days)

## SUMMARY

- This matter is referred to a magistrate judge for settlement purposes.  The parties shall have until Monday, 08/25/08 to inform this Court of their choice of magistrate.  If none is selected, this case will be randomly assigned.