IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMBERLEA MCMANIGAL,      No. C 07-04874 TEH

    Plaintiff,     **ORDER OF REFERENCE**

v.

MEDICIS PHARMACEUTICAL,

    Defendant.
_____/

    Pursuant to Local Rule 72-1, it is HEREBY ORDERED that this case is referred for ALL DISCOVERY PURPOSES to a Magistrate Judge, with any motions to be heard and considered at the convenience of his/her calendar.

Dated: 08/22/08

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE