IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMBERLEA MCMANIGAL, et al.,

        Plaintiff,

v.

MEDICIS PHARMACEUTICAL CORPORATION & ROBERT NEVIN,

        Defendants.

NO. C 07-4874 TEH

**ORDER EXTENDING DEADLINE AND CONTINUING HEARING**

    The Court is in receipt of Parties' Ex Parte Applications of April 2, 2009.  In light of the tardiness of Plaintiff's Opposition, the Defendants' Reply to Plaintiff's Opposition shall be filed on or before **April 9, 2009.**  Additionally, the hearing on Defendant's Motion for Summary Judgment, which is currently scheduled for April 20, 2009, is hereby CONTINUED to **10 A.M. on April 27, 2009.**

    **IT IS SO ORDERED.**

Dated: April 2, 2009

Thelton E. Henderson
United States District Judge