DAVID FAUSTMAN (State Bar No. 081862)
STACEY LEE (State Bar No. 229076)
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone:   (415) 364-5540
Facsimile:    (415) 391-4436
Email:          dfaustman@foxrothschild.com

Attorneys for Defendants
MEDICIS PHARMACEUTICAL
CORPORATION and ROBERT NEVIN


MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
BRIAN BRAZIER (SBN 245004)
GONZALEZ & LEIGH LLP
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile:  (415) 512-2001

JUAN ENRIQUE PEARCE (SBN 236228)
PEARCE LAW OFFICES
Three Embarcadero Center, Suite 420
San Francisco, CA  94111
Telephone: (415) 434-9000
Facsimile:  (415) 434-9010

Attorneys for Plaintiff
KIMBERLEA MCMANIGAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEA MCMANIGAL,<br><br>             Plaintiff,<br><br>      v.<br><br>MEDICIS PHARMACEUTICAL<br>CORPORATION and ROBERT NEVIN,<br><br>             Defendants. | Case No. 3:07-cv-04874 TEH<br><br>[~~PROPOSED~~] ORDER<br><br><br><br>Complaint Filed:  July 23, 2007<br>Trial Date: None Set |

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

3

[PROPOSED] ORDER
SF1 9411v1 06/02/09

CASE NO:3:07-cv-04874 TEH

**IT IS HEREBY ORDERED** that the Case Management Conference in the above-entitled action be continued to August 10, 2009 at 1:30 PM.  The parties shall file a joint case management statement on or before August 3, 2009.

**IT IS SO ORDERED.**

Dated: _____06/02_____, 2009      _____
The Honorable Judge Thelton E. Henderson
United States District Court
Northern District of California



FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

4

[PROPOSED] ORDER                                    CASE NO:3:07-cv-04874 TEH
SF1 9411v1 06/02/09