1  GONZALEZ & LEIGH LLP
   MATT GONZALEZ (SBN 153486)
2  G. WHITNEY LEIGH (SBN 153486)
   MATTHEW R. SCHULTZ (SBN 220641)
3  744 Montgomery Street, Fifth Floor
   San Francisco, California  94111
4  Telephone:    415-912-5950
5  Facsimile:    415-912-5951

6  Attorneys for Plaintiff
   KIMBERLEA MCMANIGAL
7

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14 | KIMBERLEA MCMANIGAL, *et al.*,        | Case No. 3:07-cv-04874-TEH
15 |                          Plaintiffs,  | **NOTICE OF WITHDRAWAL OF COUNSEL**
16 |     v.                                |
17 | MEDICIS PHARMACEUTICAL
   | CORPORATION, *et al.*,
18 |
   |                          Defendants.  |
19

20

21

22

23

24

25

26

27

---

NOTICE OF WITHDRAWAL AS COUNSEL
Case No. 3:07-cv-04874-TEH

1  PLEASE TAKE NOTICE that effective November 1, 2010, Matthew Schultz of
2 Gonzalez & Leigh LLP at 744 Montgomery, fifth floor, San Francisco, California, 94111, will
3 no longer be associated with Gonzalez & Leigh LLP and hereby withdraws as counsel of record
4 for plaintiff Kimberlea McManigal.  Mr. Schultz therefore requests that he be removed from the
5 case docket and the Notice of Electronic Filing System as indicated on the docket.  G. Whitney
6 Leigh, Matt Gonzalez and Matthew Springman will continue as counsel of record for plaintiff
7 Kimberlea McManigal.  All pleadings, orders and other papers should continue to be served on
8 Gonzalez & Leigh LLP.

10 Dated:  February 21, 2011           GONZALEZ & LEIGH LLP

13                         By:  _____/s/_____
                                 Matthew R. Schultz
14                               Attorneys for Plaintiff
                                 Kimberlea McManigal

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

02/23/2011

IT IS SO ORDERED

*[signature]*

Judge Thelton E. Henderson

NOTICE OF WITHDRAWAL AS COUNSEL
Case No. 3:07-cv-04874-TEH